AO 245I   (Rev. 09/11) Judgment in a Criminal Case for a Petty Offense
     Sheet 1

# UNITED STATES DISTRICT COURT

## District of Colorado

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For a Petty Offense) |
| TIMOTHY E. WALSH | Case No.   12-po-00002-GJR |
| | USM No. |
| | Pro se |
| | Defendant's Attorney |

## THE DEFENDANT:

☑ **THE DEFENDANT** pleaded   ☐ guilty ☐ nolo contendere to count(s)   One of the Information

☐ **THE DEFENDANT** was found guilty on count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 C.F.R. § 261.6(h) | Remove Forest Product except as Authorized by Special Use Authorization | 9/18/2011 | One |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment.

☐ **THE DEFENDANT** was found not guilty on count(s) _____

☐ Count(s) _____   ☐ is   ☐ are  dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 3107

Defendant's Year of Birth: 1943

City and State of Defendant's Residence:
Bedrock, CO 81411

6/12/2012
Date of Imposition of Judgment

*[signature]*
Signature of Judge

Gudrun J. Rice                    Magistrate Judge
Name and Title of Judge

6/13/2012
Date

AO 245I    (Rev. 09/11) Judgment in a Criminal Case for a Petty Offense
       Sheet 2 — Imprisonment

Judgment — Page   **2**   of   **5**

DEFENDANT:  TIMOTHY E. WALSH
CASE NUMBER:  12-po-00002-GJR

## IMPRISONMENT

     The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

☐   The court makes the following recommendations to the Bureau of Prisons:

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐  at  _____  ☐  a.m.   ☐  p.m.   on  _____ .

    ☐  as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on  _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  _____  to  _____

at  _____  with a certified copy of this judgment.

_____
                                    UNITED STATES MARSHAL

By  _____

                                DEPUTY UNITED STATES MARSHAL

AO 245I    (Rev. 09/11) Judgment in a Criminal Case for a Petty Offense
Sheet 3 — Criminal Monetary Penalties

Judgment — Page __3__ of __5__

DEFENDANT: TIMOTHY E. WALSH
CASE NUMBER: 12-po-00002-GJR

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 10.00 | $ 100.00 | $ 457.60 |

☐  The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| US FOREST SERVICE | $457.60 | $457.60 | 100% |
| ASC CLAIMS MANAGEMENT | | | |
| COLLECTION OFFICER | | | |
| 101B SUN AVENUE, NE | | | |
| ALBUQUERQUE, NM 87109 | | | |
| **TOTALS** | $ 457.60 | $ 457.60 | |

☑  Restitution amount ordered pursuant to plea agreement $ 457.60

☐  The defendant must pay interest on restitution or a fine of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☐  the interest requirement is waived for    ☐ fine    ☐ restitution.

☐  the interest requirement for    ☐ fine    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245I     (Rev. 09/11) Judgment in a Criminal Case for a Petty Offense
            Sheet 4 — Schedule of Payments

Judgment — Page   4   of   5

DEFENDANT:  TIMOTHY E. WALSH
CASE NUMBER:  12-po-00002-GJR

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**  ☑ Lump sum payment of $  3,067.60  due immediately, balance due

    ☐ not later than _____ , or
    ☑ in accordance with  ☐ C,  ☐ D,  ☐ E, or  ☑ F below); or

**B**  ☐ Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

**C**  ☑ Payment in equal  monthly  (e.g., weekly, monthly, quarterly) installments of $  50.00  over a period of
    paid  (e.g., months or years), to commence  07/31/12  (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to
    a term of supervision; or

**E**  ☐ Payment during the term of probation will commence within _____ (e.g., 30 or 60 days) after release from
    imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☐ Special instructions regarding the payment of criminal monetary penalties:

    Count One: Fine $2,600.00; $2,500.00 Stayed Pending Completion of Special Terms & Conditions.
    Count One: Due no later than 07/31/2012. $100.00 due in $50.00 payments/end of each month until paid in full.
    Special Assessment $10.00 due no later than 06/29/2012.
    Restitution $457.60 (jointly & severally w/co-defendant Terrill M. Parker), due no later than 06/12/2013

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☑ Joint and Several

    Defendant and Co-Defendant Names, Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

    Total Amount  $457.60; Joint and Several Amount  $457.60; Co-defendant Terrill M. Parker amount $457.60

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 245I    (Rev. 09/11) Judgment in a Criminal Case for a Petty Offense
Sheet 5A — Probation Supervision

DEFENDANT: TIMOTHY E. WALSH
CASE NUMBER: 12-po-00002-GJR

## SPECIAL CONDITIONS OF SUPERVISION

SPECIAL TERMS AND CONDITIONS:

A.  Defendant is banned for a two-year period, commencing immediately, from entering National Forest System lands for any reason other than as required for legitimate employment purposes, with the following exceptions:

1.  The Defendant may not enter National Forest System lands on behalf of Paradox Gardens or anyone acting on behalf of Paradox Gardens, even if for legitimate employment purposes; and

2.  The Defendant may travel on roads located within and through National Forest System lands.

B.  The defendant is further banned for a two-year period from digging, cutting, or removing forest product of any kind from National Forest System lands, unless and until a U.S. Forest Service permit is obtained to do so.  If a permit is obtained, the Defendant must comply with the terms of the permit.  The ban includes the defendant and anyone acting in concert with the defendant, and anyone acting on behalf or at the direction of the defendant.  The defendant is free to pursue discussions, special use authorizations, or permits with the Forest Service during the two-year ban period.